Certificate Number: 17082-PAM-DE-037666854

Bankruptcy Case Number: 23-01586



17082-PAM-DE-037666854

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 10, 2023, at 12:56 o'clock PM MST, TAMMY L GREEN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 10, 2023

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director