United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Tammy L Green  
    Debtor

Case No. 23-01586-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Aug 14, 2023      Form ID: ntcnfhrg      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy L Green, 1568 Shoemaker Avenue, West Wyoming, PA 18644-1023 |
| 5554272 | + | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-7289 |
| 5554273 | + | Dr. Santo Lafoca, 20 N Main Street, Pittston PA 18640-1838 |
| 5554274 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5554276 | | Lehigh Valley Health Network, PO Box 781733, Philadelphia PA 19178-1733 |
| 5554286 | + | Thomas Jefferson University Hospital, 111 S 11th Street, Philadelphia, PA 19107-5084 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5554269 | + | Email/Text: bk@avant.com | Aug 14 2023 18:44:00 | Avant, 222 Merchandise Mart Plz, Suite 900, Chicago, IL 60654-1105 |
| 5554270 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 14 2023 18:44:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5554271 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2023 18:45:37 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5555068 | | Email/Text: G06041@att.com | Aug 14 2023 18:44:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5554274 | ^ | MEBN | Aug 14 2023 18:37:12 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5554275 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2023 18:56:02 | Good Year CBNA, PO Box 6497, Sioux Falls SD 57117-6497 |
| 5554277 | + | Email/Text: Documentfiling@lciinc.com | Aug 14 2023 18:44:00 | Lending Club, 595 Market Street Suite 200, San Francisco, CA 94105-2802 |
| 5554278 | + | Email/PDF: ebnotices@pnmac.com | Aug 14 2023 18:56:04 | Pennymac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5554279 | | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 18:45:44 | Synchrony Bank HSN, PO Box 965017, Orlando FL 32896-5036 |
| 5554280 | | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 18:45:44 | Synchrony Bank JC Penney, PO Box 965036, Orlando FL 32896-0090 |
| 5554281 | | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 18:45:36 | Synchrony Bank Lowes, PO Box 965036, Orlando FL 32896-5036 |
| 5554282 | | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 18:45:30 | Synchrony Bank PPC, PO Box 965005, Orlando FL 32896-5005 |
| 5554283 | | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 18:45:30 | Synchrony Bank QVC, PO Box 965036, Orlando FL 32896-5036 |
| 5554284 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 18:45:37 | Synchrony Bank Sams Club, 4125 Windward |

| | | | | |
|---|---|---|---|---|
| | | | | Plaza, Alpharetta GA 30005-8738 |
| 5554285 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 14 2023 18:45:30 | Synchrony Bank TJ Max, P.O. Box 965015, Orlando, Florida 32896-5015 |
| 5554287 | | Email/Text: bknotice@upgrade.com | Aug 14 2023 18:44:00 | Upgrade Inc, 275 Battery Street 22nd Floor, San Francisco, CA 94111 |
| 5554288 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 14 2023 18:45:31 | Wells Fargo, PO Box 14517, Des Moines IA 50306-3517 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:

**Name**     **Email Address**

Jack N Zaharopoulos
TWecf@pamd13trustee.com

John Fisher
on behalf of Debtor 1 Tammy L Green johnvfisher@yahoo.com fisherlawoffice@yahoo.com

Michael Patrick Farrington
on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Tammy L Green,                                    Chapter       13

**Debtor 1**

                                                  Case No.      5:23−bk−01586−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 14, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: September 21, 2023<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 14, 2023 |

ntcnfhrg (08/21)