United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 23-01586-MJC

Tammy L Green                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                          Page 1 of 3

Date Rcvd: Apr 17, 2026                   Form ID: ordsmiss                         Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy L Green, 1568 Shoemaker Avenue, West Wyoming, PA 18644-1023 |
| 5554272 | + | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-7289 |
| 5554273 | #+ | Dr. Santo Lafoca, 20 N Main Street, Pittston PA 18640-1838 |
| 5554276 | | Lehigh Valley Health Network, PO Box 781733, Philadelphia PA 19178-1733 |
| 5554286 | + | Thomas Jefferson University Hospital, 111 S 11th Street, Philadelphia, PA 19107-5084 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Apr 17 2026 20:52:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5554269 | + | Email/Text: bk@avant.com | Apr 17 2026 16:53:00 | Avant, 222 Merchandise Mart Plz, Suite 900, Chicago, IL 60654-1105 |
| 5554270 | + | EDI: TSYS2 | Apr 17 2026 20:52:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5554271 | + | EDI: CAPITALONE.COM | Apr 17 2026 20:52:00 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5560796 | | EDI: CAPITALONE.COM | Apr 17 2026 20:52:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5565794 | | EDI: CITICORP | Apr 17 2026 20:52:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5555068 | | EDI: DIRECTV.COM | Apr 17 2026 20:52:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5554274 | ^ | MEBN | Apr 17 2026 16:50:23 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5554275 | + | EDI: CITICORP | Apr 17 2026 20:52:00 | Good Year CBNA, PO Box 6497, Sioux Falls SD 57117-6497 |
| 5566169 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 16:59:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5554277 | + | EDI: LENDNGCLUB | Apr 17 2026 20:52:00 | Lending Club, 595 Market Street Suite 200, San Francisco, CA 94105-5839 |
| 5566290 | + | EDI: LENDNGCLUB | Apr 17 2026 20:52:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 5571653 | | EDI: PRA.COM | Apr 17 2026 20:52:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

| 5571654 | | EDI: PRA.COM | Apr 17 2026 20:52:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5567106 | | EDI: PRA.COM | Apr 17 2026 20:52:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5562509 | + | Email/PDF: ebnotices@pnmac.com | Apr 17 2026 16:59:46 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5554278 | + | Email/PDF: ebnotices@pnmac.com | Apr 17 2026 16:59:50 | Pennymac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5567536 | | EDI: AIS.COM | Apr 17 2026 20:52:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5554279 | | EDI: SYNC | Apr 17 2026 20:52:00 | Synchrony Bank HSN, PO Box 965017, Orlando FL 32896-5036 |
| 5554280 | | EDI: SYNC | Apr 17 2026 20:52:00 | Synchrony Bank JC Penney, PO Box 965036, Orlando FL 32896-0090 |
| 5554281 | | EDI: SYNC | Apr 17 2026 20:52:00 | Synchrony Bank Lowes, PO Box 965036, Orlando FL 32896-5036 |
| 5554282 | | EDI: SYNC | Apr 17 2026 20:52:00 | Synchrony Bank PPC, PO Box 965005, Orlando FL 32896-5005 |
| 5554283 | | EDI: SYNC | Apr 17 2026 20:52:00 | Synchrony Bank QVC, PO Box 965036, Orlando FL 32896-5036 |
| 5554284 | + | EDI: SYNC | Apr 17 2026 20:52:00 | Synchrony Bank Sams Club, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 5554285 | + | EDI: SYNC | Apr 17 2026 20:52:00 | Synchrony Bank TJ Max, P.O. Box 965015, Orlando, Florida 32896-5015 |
| 5554287 | | Email/Text: bknotice@upgrade.com | Apr 17 2026 16:52:00 | Upgrade Inc, 275 Battery Street 22nd Floor, San Francisco, CA 94111 |
| 5554288 | + | EDI: WFHOME | Apr 17 2026 20:52:00 | Wells Fargo, PO Box 14517, Des Moines IA 50306-3517 |
| 5561332 | | EDI: WFCCSBK | Apr 17 2026 20:52:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Fisher | on behalf of Debtor 1 Tammy L Green johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Tammy L Green,       Chapter  13

  **Debtor 1**

            Case No.  5:23−bk−01586−MJC

### **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  April 17, 2026

ordsmiss (05/18)